UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS McBRIDE,

    Petitioner,                                    Civil No. 2:07-CV-11156
                                               HONORABLE AVERN COHN
v.                                              UNITED STATES DISTRICT JUDGE

JEFFREY WOODS,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on October 26, 2011.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 26th, day of October, 2011.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

                                                         BY: s/Julie Owens
                                                         DEPUTY CLERK

I hereby certify that a copy of the foregoing document was mailed to Demetrius McBride, 192629, Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49788 and the attorneys of record on this date, October 26, 2011, by electronic and/or ordinary mail.

                                                         s/Julie Owens
                                                         Case Manager, (313) 234-5160